LAW OFFICES
# Ezra Sutton, P. A.
A PROFESSIONAL CORPORATION
900 ROUTE 9
WOODBRIDGE, NEW JERSEY 07095

EZRA SUTTON*
JOSEPH SUTTON**
ANTHONY M. MORANO*

*N.J. AND N.Y. BARS
**N.J. BAR AND N.Y. FEDERAL BARS

PATENTS
TRADEMARKS
COPYRIGHTS
LICENSING

(732) 634-3520
FAX: (732) 634-3511
www.ezrasutton.com

January 28, 2010

**Via ECF**
Honorable Magistrate Judge Madeline Cox Arleo
United States District Court
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07101

RE: Our File: TRADE LINES 6.0-008
**Trade Lines, Inc. v. Popular Bath Products, Inc.**
Civil Action No.: 09-6255 (SDW)

Dear Judge Arleo:

In reply to your letter of January 20, 2010 regarding this case, please be advised that the defendant Popular Bath is represented by Jeffrey S. Dweck, P.C. who's address is 100 west 33rd Street, Suite 1017, New York, New York 10001. Please note that Mr. Dweck electronically filed an Answer on January 21, 2010.

On behalf of the plaintiff Trade Lines, I have prepared a draft of a proposed Joint Discovery Plan, which I am forwarding to Mr. Dweck today for review.

Respectfully submitted,

EZRA SUTTON, Esq.

ES/mdp

cc: Jeffrey Dweck, Esq. (by email)
Trade Lines (by email)